UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR BONILLA,<br><br>    Petitioner,<br><br>    v.<br><br>PAUL D. BRAZELTON,<br><br>    Respondent. | 1:13-cv-01710 LJO BAM (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE AND SUSPENDING THE FILING OF THE TRAVERSE PENDING INPUT ON PETITIONER'S MOTION FOR A STAY<br><br>(Document# 17)<br><br>30-DAY DEADLINE<br><br>ORDER SETTING BRIEFING SCHEDULE ON PETITIONER'S MOTION FOR A STAY (DOC. 14) |

    Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254.  On February 18, 2014, Petitioner filed a motion to extend time to file a traverse.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, the deadline for the filing of the traverse will be suspended pending consideration of Petitioner's previously filed motion for a stay of the proceedings.

    Further, in order to conserve the resources of the Court and the parties, the Court will set a briefing schedule for Petitioner's motion for a stay, which was filed on January 6, 2014.

    Accordingly,  IT IS HEREBY ORDERED that:

1

1.  The deadline for Petitioner's filing of the traverse to the petition is SUSPENDED pending the Court's consideration of Petitioner's motion for a stay; and

2.  Respondent is DIRECTED to file no later than thirty (30) days after the date of service of this order opposition or notice of non-opposition to Petitioner's motion for a stay; and

3.  Petitioner may FILE a reply no later than thirty (30) days after the date of service of any opposition by Respondent.

IT IS SO ORDERED.

Dated:   **February 24, 2014**          /s/ *Barbara A. McAuliffe*
                                   UNITED STATES MAGISTRATE JUDGE