# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR BONILLA,<br><br>       Petitioner,<br><br>   v.<br><br>PAUL D. BRAZELTON,<br><br>       Respondent. | Case No. 1:13-cv-01710-LJO-BAM-HC<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS (DOC. 21)<br><br>ORDER DENYING AND DISMISSING PETITIONER'S MOTION FOR A STAY (DOC. 14)<br><br>ORDER GRANTING PETITIONER'S UNOPPOSED MOTION FOR LEAVE TO AMEND (DOC. 24), DIRECTING THE FILING OF THE FIRST AMENDED PETITION WITHIN THIRTY DAYS, AND DIRECTING THE CLERK TO SEND A PETITION FORM TO PETITIONER<br><br>ORDER DISMISSING AS MOOT PETITIONER'S MOTION FOR LEAVE TO FILE TRAVERSE (DOC. 22)<br><br>ORDER SCHEDULING THE FILING OF RESPONDENT'S RESPONSE TO THE FIRST AMENDED PETITION |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304. Pending before the Court are the Magistrate Judge's findings and

1

recommendations regarding Petitioner's motion for a stay as well as a related, unopposed motion for leave to file a first amended petition that was filed after the findings and recommendations issued.

I. Background

In early 2014, shortly before Respondent filed an answer to the petition, Petitioner filed a motion for a stay of the proceedings to permit exhaustion of state court remedies with respect to additional claims.  On September 15, 2014, the Magistrate Judge filed findings and recommendations to deny Petitioner's motion for a stay.  The findings and recommendations were served on Petitioner on the same date, and they informed Petitioner that objections could be filed no later than thirty (30) days after service.  On October 9, 2014, Petitioner filed a traverse to the answer as well as a supplemental traverse with a request to amend the petition to add additional claims set forth in the supplemental traverse.  Petitioner stated that he would not file objections because to do so would confuse the matter.  (Doc. 24, 5.)

In an effort to avoid inefficiency and further delay in determining the underlying stay motion addressed in the findings and recommendations, the Court construed Petitioner's supplemental traverse and request to be objections to the findings and recommendations as well as a motion to amend the petition for writ of habeas corpus to add the claims with respect to which Petitioner had sought a stay to exhaust state court remedies.  Pursuant to the Court's briefing order, on October 21, 2014, Respondent replied to the objections and filed notice of non-opposition to Petitioner's motion to amend.  Respondent stated that there was no objection to

having Petitioner file a first amended petition in which all of his claims were set forth; Respondent requested only that sixty additional days be allowed to respond to an amended petition. (Doc. 26, 2.)

## II. Motion for a Stay

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of the case. The undersigned has carefully reviewed the entire file and has considered the objections; the undersigned has determined there is no need to modify the findings and recommendations based on the points raised in the objections. The Court finds that the report and recommendations are supported by the record and proper analysis.

Further, the Court notes that after Petitioner's motion for a stay was filed, Petitioner filed a motion for leave to file a first amended petition (FAP) to allege the additional claims that had been the focus of Petitioner's continuing efforts to exhaust state court remedies and that had precipitated the motion for a stay. Thus, it appears that Petitioner's motion for a stay may be moot in whole or in part and is thus subject to dismissal. Spencer v. Kemna, 523 U.S. 1, 18 (1998)).

Accordingly, Petitioner's motion for a stay will be denied and dismissed.

## III. Motion for Leave to Amend

Petitioner's unopposed motion for leave to file a first amended petition (FAP) will be granted. Petitioner will be granted thirty (30) days in which to file a FAP with all cognizable federal claims clearly stated and exhaustion of state court remedies clearly alleged. Petitioner is advised that failure to file a petition in

1   compliance with this order within the allotted time will result in a
2   recommendation that the petition be dismissed and the action be
3   terminated.  Petitioner is advised that the amended petition should
4   be entitled, "First Amended Petition," and it must refer to the case
5   number in this action.  Further, Petitioner is informed that the FAP
6   must be in compliance with Local Rule 220, which provides that
7   unless prior approval to the contrary is obtained from the Court,
8   every pleading as to which an amendment or supplement is permitted
9   shall be retyped or rewritten and filed so that it is complete in
10  itself without reference to the prior or superseded pleading.

11       IV.   Motion regarding Traverse and Scheduling Order
12       On October 9, 2014, Petitioner filed a motion to file a lengthy
13  traverse, which was rendered moot by the filing of his traverse on
14  the same date.
15       Accordingly, Petitioner's motion regarding the traverse will be
16  dismissed as moot.
17       Further, as requested, Respondent will be given sixty (60) days
18  to file a response to the first amended petition.
19       V.   Disposition
20       In accordance with the foregoing analysis, it is ORDERED that:
21       1)   The findings and recommendations filed on September 15,
22  2014, are ADOPTED in full; and
23       2)   Petitioner's motion for a stay is DENIED and DISMISSED; and
24       3)   Petitioner's motion to file an oversized traverse is
25  DISMISSED as moot; and
26       4)   Petitioner's motion for leave to amend the petition is
27  GRANTED; and
28       5)   Petitioner is GRANTED thirty (30) days after the date of

4

service of this order in which to file a first amended petition in compliance with this order; and

    6)   The Clerk of the Court is DIRECTED to send Petitioner a form petition pursuant to 28 U.S.C. § 2254; and

    7)   Respondent shall FILE a response to the first amended petition no later than sixty (60) days after the date of service of the first amended petition.

IT IS SO ORDERED.

Dated:   **October 23, 2014**          **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE