UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR BONILLA,<br><br>      Petitioner,<br><br>  v.<br><br>PAUL D. BRAZELTON,<br><br>      Respondent. | Case No. 1:13-cv-01710-LJO-BAM-HC<br><br>ORDER SCHEDULING THE FILING OF PETITIONER'S TRAVERSE<br><br>**DEADLINE: THIRTY (30) DAYS** |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 304.

    Respondent filed an answer to the first amended petition on November 21, 2014.

///

///

///

1

Accordingly, it is ORDERED that Petitioner may file a traverse to the answer no later than thirty (30) days after the date of service of this order.

IT IS SO ORDERED.

Dated: **November 24, 2014**        /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE