**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIO CESAR BONILLA,<br><br>        Petitioner,<br><br>    v.<br><br>PAUL D. BRAZELTON,<br><br>        Respondent. | Case No. 1:13-cv-01710-LJO-BAM-HC<br><br>ORDER DISMISSNG AS MOOT PETITIONER'S MOTION TO FILE A LENGTHY TRAVERSE (DOC. 32) |

    Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 through 303. Pending before the Court is Petitioner's motion for leave to file a lengthy traverse, which was filed on December 15, 2014.

    Petitioner's traverse was filed on December 15, 2014, and it did not violate any restrictions on pleadings.

///

///

///

1

Accordingly, Petitioner's motion for leave to file a lengthy traverse is DISMISSED as moot.

IT IS SO ORDERED.

Dated: **April 8, 2015**           /s/ *Barbara A. McAuliffe*
                                  UNITED STATES MAGISTRATE JUDGE