# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR BONILLA,<br><br>  Petitioner,<br><br>  v.<br><br>PAUL D. BRAZLETON,<br><br>  Respondent. | Case No. 1:13-cv-01710-LJO-SKO  HC<br><br>ORDER DIRECTING CLERK<br>OF COURT TO AMEND CAPTION |

"If the petitioner is currently in custody under a state court judgment, the petition must name as respondent the state officer who has custody." Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner is presently incarcerated in the Correctional Training Facility, Solano, California. As a result, Paul D. Brazelton, the former warden of the Pleasant Valley State Prison, Coalinga, California, no longer has custody of Petitioner. Shawn Hatton, Warden of the Correctional Training Facility, now has custody of Petitioner.

Accordingly, the Court hereby ORDERS the Clerk of Court to amend the caption in this matter to reflect the name of Shawn Hatton, Warden, Correctional Training Facility, as Respondent.

IT IS SO ORDERED.

Dated:  **January 27, 2017**                          /s/ *Sheila K. Oberto*
                                                                     UNITED STATES MAGISTRATE JUDGE

1