# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO CESAR BONILLA,<br><br>      Petitioner,<br><br>   v.<br><br>SHAWN HATTON, Warden, Correctional Training Facility,<br><br>      Respondent. | Case No. 1:13-cv-01710-LJO-SKO   HC<br><br>ORDER DIRECTING RESPONDENT TO SUPPLEMENT THE RECORD |

Petitioner Julio Cesar Bonilla is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The Court referred the matter to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rules 302 and 304.

Petitioner has alleged prosecutorial misconduct arising from the State's withholding of exculpatory evidence in the form of the victims' autopsy photographs.  As proof that the photographs were disclosed to defense counsel, Respondent cites to a pretrial hearing (1RT35-36, Lodged Doc. 10) in which the trial court addresses the admission of any photographs of the decedents.  In reviewing the record, the Court has discovered that 1RT 35 has been omitted from the copy of the transcript lodged with the Court.

Accordingly, the Court hereby DIRECTS the Respondent to supplement the state record with the missing page (1RT35).  Respondent shall file the requested supplemental material no later than fourteen (14) days from the date of this order.  This order requires no action by Petitioner.

IT IS SO ORDERED.

Dated:   **February 14, 2017**              /s/ *Sheila K. Oberto*
                                                                                UNITED STATES MAGISTRATE JUDGE

1